**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MICHAEL KRAIG SWANGER**
907 Grandstone Court
Lebanon, Ohio 45036,

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC**
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215,

**AMERICREDIT FINANCIAL SERVICES INC. d/b/a GM FINANCIAL**
801 Cherry Street, Suite 3500
Fort Worth, Texas 76102,

**PLEASE ALSO SERVE:**
Americredit Financial Services Inc.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215,

**BUDDY OP I LLC**
4770 Covington Highway
Decatur, Georgia 30035,

**ALLY FINANCIAL INC.**
500 Woodward Avenue
Detroit, Michigan 48226,

**PLEASE ALSO SERVE:**
Ally Financial Inc.
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219,

**NORTHWEST FCU**
200 Spring Street
Herndon, Virgina 20170,

CASE NO.

JUDGE

**JURY DEMAND ENDORSED HEREIN**

**STELLANTIS FINANCIAL SERVICES INC.**
5757 Woodway Drive, Suite 400
Houtson, Texas 77057,

**PLEASE ALSO SERVE:**
Stellantis Financial Services
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215,

**NEWNAN PEACHTREE CHRYSLER**
53 Hollz Parkway
Newnan, Georgia 30265,

Defendants.

## COMPLAINT FOR MONEY DAMAGES AND OTHER RELIEF

The following allegations are based upon Plaintiff Michael Kraig Swanger's ("Plaintiff") personal knowledge, the investigation of counsel, and information and belief. Plaintiff, by and through undersigned counsel, alleges and states as follows:

## INTRODUCTION

1. Plaintiff was the victim of identity theft. As a result, his credit was bombarded with a series of hard credit inquiries that have diminished his credit score. Plaintiff attempted to remedy the issue through the proper channels, but to no avail. Seeing no other, Plaintiff brings the present suit.

## JURISDICTION

2. This Court has jurisdiction over Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13 pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 and 28 U.S.C. §§ 1331, 1337, and 1367.

3. This Court has personal jurisdiction over Defendant Equifax Information Services LLC ("Equifax") because it transacts business within this District, the faulty notation originated within this District, and discovery of the incorrect notation occurred within this District. *International Shoe v. Washington*, 326 U.S. 310 (1945).

4. This Court has personal jurisdiction over Defendant AmeriCredit Financial Services, Inc., doing business as GM Financial ("GM Financial"), Defendant Buddy OP I LLC ("Buddy OP"), Defendant Ally Financial Inc. ("Ally Financial"), Defendant Northwest FCU ("Northwest FCU"), Defendant Stellantis Financial Services Inc. ("Stellantis"), and Defendant Newnan Peachtree Chrysler ("Newnan Peachtree"), because they transact business within this District, the hard credit inquiries occurred in this District, and this is the District in which all or part of Plaintiff's claims for relief arose.

## VENUE

5. A substantial part of the events or omissions giving rise to the claims occurred in the Southern District of Ohio.

6. Venue is proper in accordance with 28 U.S.C. § 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person who at all times relevant is and was residing within this Court's jurisdiction at 907 Grandstone Court, Lebanon, Ohio, 45036.

8. Plaintiff was and is a "person" within the meaning of the FCRA at 15 U.S.C. §1681a(b).

9. Plaintiff was and is a "consumer" within the meaning of the FCRA at 15 U.S.C. §1681a(c).

10. Equifax is a foreign corporation headquartered in Atlanta, Georgia.

11. Equifax is a "person" within the meaning of the FCRA 15 U.S.C. § 1681a(b) at all times relevant to this transaction.

12. Equifax is a "Consumer Reporting Agency" within the meaning of the FCRA at 15 U.S.C. § 1681a(f) and 15 U.S.C. § 1681a(p) at all times relevant to this transaction.

13. GM Financial is a for-profit foreign corporation that conducts business in the State of Ohio.

14. Buddy OP is a for-profit limited liability company based in Georgia which has purposefully availed itself to business in Ohio.

15. Ally Financial is a for-profit foreign corporation that conducts business in the State of Ohio.

16. Northwest FCU is a for-profit corporation incorporated in Virginia which has purposefully availed itself to business in Ohio.

17. Stellantis is a for-profit foreign corporation that conducts business in the state of Ohio.

18. Newnan Peachtree, upon information and belief, is a for-profit limited liability company based in Georgia.

## GENERAL ALLEGATIONS

19. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

20. In or about March of 2026, Plaintiff's identity was stolen by an unknown person or entity.

21. In or about March of 2026, several fraudulent hard credit inquiries were made in Plaintiff's name by an unknown person or entity (the "Fraudulent Inquiries").

22. On or about March 4, 2026, Plaintiff made and filed an Identity Theft Report with the Federal Trade Commission, identified as report number 198414939 ("FTC Report").

23. A true and accurate copy of Plaintiff's FTC Report is attached hereto as **Exhibit 1**.

24. Plaintiff timely notified Defendants of the Fraudulent Inquiries identified in the FTC Report.

25. Defendants nevertheless reported the Fraudulent Inquiries as if proper.

26. On or about March 9, 2026, Plaintiff sought and received a copy of his consumer file from Equifax ("Credit Report").

27. A true and accurate copy of Plaintiff's Credit Report is attached hereto as **Exhibit 2**.

28. Plaintiff's Credit Report contains the Fraudulent Inquiries identified in the FTC Report.

29. Each of the Fraudulent Inquiries is false and does not properly reflect Plaintiff's credit history.

30. Equifax knew or should have known about its legal obligations under the FCRA prior to its violations of the FCRA.

31. The Fraudulent Inquiries are negatively impacting Plaintiff's credit rating.

32. Plaintiff's credit score decreased.

33. Plaintiff's credit score decreased as a result of the improper reporting of the Fraudulent Inquiries.

34. Plaintiff disputed the false, inaccurate, and misleading reporting of the Fraudulent Inquiries by Equifax pursuant to the FCRA ("Consumer Dispute").

35. Equifax forwarded Plaintiff's Consumer Dispute to GM Financial.

36. Equifax forwarded Plaintiff's Consumer Dispute to Buddy OP.

37. Equifax forwarded Plaintiff's Consumer Dispute to Ally Financial.

38. Equifax forwarded Plaintiff's Consumer Dispute to Northwest FCU.

39. Equifax forwarded Plaintiff's Consumer Dispute to Stellantis.

40. Equifax forwarded Plaintiff's Consumer Dispute to Newnan Peachtree.

41. GM Financial received Plaintiff's Consumer Dispute.

42. Buddy OP received Plaintiff's Consumer Dispute.

43. Ally Financial received Plaintiff's Consumer Dispute.

44. Northwest FCU received Plaintiff's Consumer Dispute.

45. Stellantis received Plaintiff's Consumer Dispute.

46. Newnan Peachtree received Plaintiff's Consumer Dispute.

47. Equifax failed to conduct a reasonable reinvestigation of Plaintiff's Consumer Dispute as required by the FCRA.

48. Equifax failed to permanently delete the Fraudulent Inquiries from Plaintiff's Credit Report pursuant to the FCRA.

49. Equifax published erroneous information to third parties.

50. Plaintiff's credit score was adversely affected due to Equifax's actions.

51. As a result of Defendants' actions, Plaintiff has had difficulty obtaining financing at an appropriate interest rate.

52. As a result of Defendants' actions and inactions, Plaintiff suffers severe emotional distress, including anxiety, stress, and sleepless nights.

53. As a result of Defendants' actions and inactions, Plaintiff was required to incur the legal fees and expenses of initiating the present lawsuit.

54. Defendants' actions and inactions have caused damages to Plaintiff, including, but not limited to, a decreased credit score and increased interest rates.

55. As a result of Defendants' actions and inactions, Plaintiff suffered damages in excess of $25,000.00 in an amount to be proven at trial.

## FIRST COUNT – FCRA VIOLATIONS
**(Against Equifax)**

56. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

57. For all the reasons stated herein, Equifax violated the FCRA and is liable to Plaintiff for his damages.

58. On or about March 2, 2026, pursuant to 15 U.S.C. § 1681i(a)(1)(A), Plaintiff requested that Equifax conduct a reasonable reinvestigation of his Credit Report.

59. Equifax failed to perform a reasonable reinvestigation required under 15 U.S.C. § 1681i(a)(1)(A).

60. Equifax failed to indicate that the Fraudulent Inquiries on Plaintiff's Credit Report were disputed in violation of 15 U.S.C. § 1681c(f).

61. Equifax failed to delete or modify the Fraudulent Inquiries on Plaintiff's Credit Report and notify him that the Fraudulent Inquiries had been removed in violation of 15 U.S.C. § 1681i(a)(5).

62. Equifax violated 15 U.S.C. § 1681i on multiple occasions by failing to conduct a reasonable reinvestigation and continuing to publish inaccurate information in Plaintiff's Credit Report after receiving actual notice of such inaccuracies.

63. Equifax published the Fraudulent Inquiries to third parties.

64. As a result of the conduct, action, and inaction of Equifax, Plaintiff suffered damage by the disclosure of inaccurate or false information to third parties, loss of credit, loss of ability to purchase and benefit from a higher credit score, and the mental and emotional pain, humiliation, and embarrassment from the release of false information to third parties.

65. Equifax's conduct, action, and inaction were willful.

66. Due to these violations, Equifax is liable to Plaintiff in the amount of his actual damages, injunctive relief, punitive damages in excess of $5,000.00, plus attorney fees, and the costs of the action, including pursuant to 15 U.S.C. § 1681n and 1681o.

**SECOND COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against GM Financial)**

67. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

68. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, GM Financial negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

69. GM Financial negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

70. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

71. As a direct and proximate cause of GM Financial's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

72. In addition, Plaintiff's emotional distress has resulted in physical harm of him losing sleep and suffering stress headaches over his worry and anxiety.

73. GM Financial is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

74. Plaintiff has a private right of action to assert claims against GM Financial under 15 U.S.C. § 1681s-2(b).

**THIRD COUNT – WILLFUL VIOLATION OF THE FCRA**
**(Against GM Financial)**

75. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

76. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information that GM Financial was providing, it willfully failed to conduct a proper reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

77. GM Financial willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

78. As a direct and proximate cause of GM Financial's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

79. In addition, Plaintiff's emotional distress has resulted in physical harms of Plaintiff losing sleep and suffering stress headaches over his worry and anxiety.

80. GM Financial is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

**FOURTH COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against Buddy OP)**

81. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

82. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, Buddy OP negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

83. Buddy OP negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

84. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

85. As a direct and proximate cause of Buddy OP's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

86. In addition, Plaintiff's emotional distress has resulted in physical harm of him losing sleep and suffering stress headaches over his worry and anxiety.

87. Buddy OP is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

88. Plaintiff has a private right of action to assert claims against Buddy OP under 15 U.S.C. § 1681s-2(b).

**FIFTH COUNT – WILLFUL VIOLATION OF THE FCRA**
**(Against Buddy OP)**

89. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

90. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information that Buddy OP was providing, it willfully failed to conduct a proper

reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

91. Buddy OP willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

92. As a direct and proximate cause of Buddy OP's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

93. In addition, Plaintiff's emotional distress has resulted in physical harms of Plaintiff losing sleep and suffering stress headaches over his worry and anxiety.

94. Buddy OP is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

**SIXTH COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against Ally Financial)**

95. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

96. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, Ally Financial negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

97. Ally Financial negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

98. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

99. As a direct and proximate cause of Ally Financial's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

100. In addition, Plaintiff's emotional distress has resulted in physical harm of Plaintiff losing sleep and suffering stress headaches over his worry and anxiety.

101. Ally Financial is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

102. Plaintiff has a private right of action to assert claims against Ally Financial under 15 U.S.C. § 1681s-2(b).

**SEVENTH COUNT – WILLFUL VIOLATION OF THE FCRA**
**(Against Ally Financial)**

103. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

104. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information that Ally Financial was providing, it willfully failed to conduct a proper reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

105. Ally Financial willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

106. As a direct and proximate cause of Ally Financial's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

107. In addition, Plaintiff's emotional distress has resulted in physical harms of his losing sleep and suffering stress headaches over his worry and anxiety.

108. Ally Financial is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

**EIGHTH COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against Northwest FCU)**

109. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

110. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, Northwest FCU negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

111. Northwest FCU negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

112. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

113. As a direct and proximate cause of Northwest FCU's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

114. In addition, Plaintiff's emotional distress has resulted in physical harm of Plaintiff losing sleep and suffering stress headaches over his worry and anxiety.

115. Northwest FCU is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

116. Plaintiff has a private right of action to assert claims against Northwest FCU under 15 U.S.C. § 1681s-2(b).

**NINTH COUNT – WILLFUL VIOLATION OF THE FCRA**
**(Against Northwest FCU)**

117. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

118. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information that Northwest FCU was providing, it willfully failed to conduct a proper reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

119. Northwest FCU willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

120. As a direct and proximate cause of Northwest FCU's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

121. In addition, Plaintiff's emotional distress has resulted in physical harms of his losing sleep and suffering stress headaches over his worry and anxiety.

122. Northwest FCU is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier

of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

**TENTH COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against Stellantis)**

123. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

124. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, Stellantis negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

125. Stellantis negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

126. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

127. As a direct and proximate cause of Stellantis' failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

128. In addition, Plaintiff's emotional distress has resulted in physical harm of his losing sleep and suffering stress headaches over his worry and anxiety.

129. Stellantis is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

130. Plaintiff has a private right of action to assert claims against Stellantis under 15 U.S.C. § 1681s-2(b).

**ELEVENTH COUNT – WILLFUL VIOLATION OF THE FCRA**
**(Against Stellantis)**

131. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

132. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information that Stellantis was providing, it willfully failed to conduct a proper reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

133. Stellantis willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

134. As a direct and proximate cause of Stellantis' failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

135. In addition, Plaintiff's emotional distress has resulted in physical harms of his losing sleep and suffering stress headaches over his worry and anxiety.

136. Stellantis is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

**TWELFTH COUNT – NEGLIGENT VIOLATION OF THE FCRA**
**(Against Newnan Peachtree)**

137. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

138. After being informed by Plaintiff and/or Equifax of the Consumer Dispute, Newnan Peachtree negligently failed to conduct a proper investigation of Plaintiff's Consumer Dispute as required by 15 U.S.C. § 1681s-2(b).

139. Newnan Peachtree negligently failed to review all relevant information available to it and provided by Plaintiff and/or Equifax in conducting its reinvestigation as required by 15 U.S.C. § 1681s-2(b) and failed to direct Equifax to remove the improper notation.

140. The false notation is inaccurate and creates a misleading impression on Plaintiff's Credit Report.

141. As a direct and proximate of Newnan Peachtree's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

142. In addition, Plaintiff's emotional distress has resulted in physical harm of his losing sleep and suffering stress headaches over his worry and anxiety.

143. Newnan Peachtree is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681o.

144. Plaintiff has a private right of action to assert claims against Newnan Peachtree under 15 U.S.C. § 1681s-2(b).

**<u>THIRTEENTH COUNT – WILLFUL VIOLATION OF THE FCRA</u>**
**(Against Newnan Peachtree)**

145. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

146. After being informed by Plaintiff and/or Equifax that Plaintiff disputed the accuracy of the information Newnan Peachtree was providing, it willfully failed to conduct a proper

reinvestigation of Plaintiff's Consumer Dispute and willfully failed to direct Equifax to remove the errant notation.

147. Newnan Peachtree willfully failed to review all relevant information available to it and provided by Plaintiff and/or Equifax as required by 15 U.S.C. § 1681s-2(b).

148. As a direct and proximate cause of Newnan Peachtree's failure of its statutory obligations under the FCRA, Plaintiff has suffered emotional distress, including mental anguish, suffering, humiliation, and embarrassment.

149. In addition, Plaintiff's emotional distress has resulted in physical harms of Plaintiff losing sleep and suffering stress headaches over his worry and anxiety.

150. Newnan Peachtree is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with an award of punitive damages in an amount to be determined at trial together with his reasonable attorney fees pursuant to 15 U.S.C. § 1681n.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays this Court grant him the following against Defendants:

a. Grant judgment in favor of Plaintiff on his claims;

b. Grant Plaintiff the maximum damages he seeks under each Count, including the maximum statutory damages available under each claim where statutory damages are available, and the maximum economic and non-economic damages available, including actual, emotional, general, punitive, and other damages;

c. Declare that Plaintiff no longer has any payment obligations on the Loan;

d. Award Plaintiff the costs of this litigation, including filing fees and costs;

e. Award Plaintiff his attorney fees; and,

f. All other relief this Court deems fair and equitable.

Dated: September 25, 2026. Respectfully Submitted,

*/s/ Nicholas F. Stemmer*______________________
Nicholas F. Stemmer (0103492)
Andrew J. Gerling (0087605)
KOHL & COOK LAW FIRM, LLC
438 E Wilson Bridge Rd #200
Worthington, Ohio 43085
(614) 763-5113 PH
(937) 813-6057 FAX
cole@kohlcook.com
andrew@kohlcook.com
*Attorneys for Plaintiff*

**JURY TRIAL DEMANDED**

Plaintiff respectfully requests a jury trial on all triable issues.

*/s/ Nicholas F. Stemmer*______________________
Nicholas F. Stemmer (0103492)
*Attorney for Plaintiff*

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX

Date: May 18, 2026
Confirmation # 6138511959

TIMOTHY J COOK
438 E WILSON BRIDGE RD STE 200
WORTHINGTON, OH 43085-2382

# EXHIBIT 1

---

This section intentionally left blank

Prepared for:

**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: May 18, 2026
Confirmation # 6138511959

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

## Disputed Inquiries

**You disputed the inquiries listed below. We have provided information about the result for each inquiry.**

| Company Information | Inquiry Date | You indicated that | Result of Dispute |
|---|---|---|---|
| **GM FINANCIAL**<br>*801 CHERRY ST STE 3500*<br>*STE 3500*<br>*FORT WORTH, TX 76102-6854*<br>*Phone: (800) 284-2271* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |
| **BUDDY OP I LLC**<br>*4770 Covington Hwy*<br>*Decatur, GA 30035-2006*<br>*Phone: (404) 907-2339* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |
| **ALLY FINANCIAL**<br>*500 WOODWARD AVENUE*<br>*DETROIT, MI 48226*<br>*Phone: (800) 200-4622* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |
| **NORTHWEST FCU**<br>*200 SPRING ST*<br>*HERNDON, VA 20170*<br>*Phone: (800) 336-3384* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |
| **STELLANTIS FINANCIAL SERVICES**<br>*5757 WOODWAY DR STE 400*<br>*STE 400*<br>*HOUSTON, TX 77057-1520*<br>*Phone: (713) 977-2600* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |
| **NEWNAN PEACHTREE CHRYSLER**<br>*53 HOLLZ PARKWAY*<br>*Dodge Jeep Ram*<br>*NEWNAN, GA 30265*<br>*Phone: (678) 854-6700* | 03/02/2026 | This inquiry was fraudulent and not connected to any credit transaction you initiated. | This inquiry remains on your Equifax credit report. Inquiries are a factual matter of record. Please contact the creditor if you have questions about this inquiry. |

# Disputed Non-Reporting Items

**You disputed the item(s) listed below. However, they are not currently reporting on your Equifax credit report. We recommend contacting the reporting company directly. You may also check with the other nationwide credit reporting agencies (Experian and TransUnion) to see if they are reporting the below information.**

**Most common reasons why some information may not be listed on your Equifax credit report:**

- **Reporting Practices:** Not all lenders and creditors report to all three nationwide credit reporting agencies.
- **Time Limitations:** Accounts, particularly those that are closed or contain negative information, are removed from your credit report after a specific period.
- **Previous Requests:** Some information may have already been removed if a previous dispute was submitted to the lender, creditor, or other nationwide credit reporting agency.

| Disputed Information | Type of Item | Result of Dispute |
|---|---|---|
| **Name: Jp morgan chase bank** | Inquiry | This item is not currently reporting on your Equifax credit report. |
| **Name: Td auto finance** | Inquiry | This item is not currently reporting on your Equifax credit report. |
| **Name: Truist dealer services** | Inquiry | This item is not currently reporting on your Equifax credit report. |
| **Name: Culsinch** | Inquiry | This item is not currently reporting on your Equifax credit report. |

## Answers to your questions or general requests:

Inquiries are a factual record of all companies that accessed your credit report. This record is required by the Fair Credit Reporting Act (FCRA). So you can have a better view of who has accessed your credit report, Equifax keeps all inquiries on your credit report for two years.

## What should I do if I do not agree with the dispute results?

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

## Additional information about your rights:

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

# EXHIBIT 2

EQUIFAX®

Credit Report

Date: March 09, 2026
Confirmation # 6068548391

Prepared for:

**MICHAEL KRAIG SWANGER**

## *DID YOU KNOW?*

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***

Prepared for:

**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

# An Overview of Your Credit Report

Your credit report provides different types of information, including:

**Personal Information**
This section includes your name (including any former names), current and previous addresses and phone numbers, employment data, Social Security number, and birthdate. Personal information is provided by you or your lenders and creditors. While this information is not used to calculate credit scores it is important to check for typos and any unfamiliar information.

**Consumer File Notices**
Notices on your credit report can include fraud and active duty alerts, security freezes or locks, and opt-outs of receiving prescreened offers of credit or insurance. You can also choose to add a consumer statement to your credit report to provide an explanation for why you missed a payment or why you believe something is being reported incorrectly. For more information on these consumer added notices **visit equifax.com/personal/help/.**

**Account Information**
Your credit report can include all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit. When reviewing your account information, make sure accounts listed belong to you and look for the following:

- **Account Status:** See if an account is open, closed, paid on time, or past due. Closed accounts should have no money owed.
- **Payment History:** Check if you made payments on time for each account. Paying on time helps your credit, while late or missed payments hurt it. Payment history is provided, where available, for each account. To view up to 24 months of your historical payment and balance data, log in to your 'myEquifax' account at www.myequifax.com.
- **Credit Limits and Balances:** Look at the credit limits on credit cards and compare them to what you owe. It's better to keep the balance low compared to the limit. This helps improve your credit.
- **Account Types:** Notice the different kinds of credit accounts you have (like credit cards, loans, mortgages). Having a mix of account types is good for your credit.

**Negative Information (Collections and Bankruptcy Public Records)**
Be aware of any negative details such as late payments, debts that were given up on, or money owed to collections. Bankruptcies may also be shown on your credit report. These negative items can hurt your credit score. If there's something there, make sure it's correct and up to date.

**Inquiries**
This section shows who accessed your credit report and when. Too many hard inquiries can negatively impact your credit score and any unfamiliar inquiries may be a sign of identity theft.

---

**If you find information you believe to be incorrect, you may visit us at equifax.com/personal/disputes or call us at 888-EQUIFAX (888-378-4329) to submit a dispute.** You may also mail your dispute request to: Equifax | PO Box 740241 | Atlanta, GA 30374

Note: When you provide documents to Equifax as part of your dispute, including a letter, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | March 09, 2026 |
| **Average Account Age** | 8 Years, 5 Months |
| **Length of Credit History** | 23 Years, 1 Month |
| **Oldest Account** | NATIONSTAR MORTGAGE \| February 2003 |
| **Most Recent Account** | First Financial Bancorp \| August 2025 |

# Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.

**MICHAEL KRAIG SWANGER**

907 GRANDSTONE CT, LEBANON, OH 45036 | (513) 934-1655
Social Security Number: **XXX-XX-7640**
Date of Birth: **04/17/1968**

**Former Name(s):**
None

**Employment Information:**
PNC MORTGAGE CO - Current

**Consumer File Notices:**
Initial Fraud Alert
Credit Report is Frozen

**Former Address(es):**
4688 LEAP CT, HILLIARD, OH 43026
7737 OAKCROFT CIR, MIDDLETOWN, OH 45042

**Former Phone Number(s):**
None

**Alert Contact Information:**
Alert Type: **Initial**
Address: **-**
Phone Number: **5136587757 0**
Date Reported: **03/04/2026**
Expiration Date: **03/03/2027**

**Consumer Statement:**
No Statement on file.

Prepared for:

**MICHAEL KRAIG SWANGER**

**EQUIFAX**

Date: March 09, 2026
Confirmation # 6068548391

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.

## First Financial Bancorp

PO BOX 507, Greensburg, IN 47240 | (812) 663-0176
Account Number: ***3129** | Owner: **Individual Account**
Loan/Account Type: **Conventional Re Mortgage** | Status: **Pays As Agreed**

Date Reported: **02/27/2026** | Balance: **$275,188**
Credit Limit: - | High Credit: **$280,000**

Date Opened: **08/15/2025**
Date of Last Activity: **02/27/2026**
Scheduled Payment Amount: **$2,918**
Actual Payment Amount: **$2,918**
Date of Last Payment: **02/02/2026**
Term Duration: **15 Years**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Monthly**
Months Reviewed: **6**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **127, 152, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 01/26 | $276,160 | $2,918 | $2,918 | 01/02/2026 | - | $280,000 | - | 127, 152, 132 |
| 11/25 | $278,089 | $2,918 | $2,918 | 11/03/2025 | - | $280,000 | - | 127, 152, 132 |
| 09/25 | $280,000 | $2,918 | - | - | - | $280,000 | - | 127, 152, 132 |
| 08/25 | $280,000 | $2,918 | $3,021 | - | - | $280,000 | - | 132, 127, 152 |

| Narrative Code | Narrative Code Description |
|---|---|
| 127 | Real Estate Mortgage |
| 132 | Fixed Rate |
| 152 | Conventional Mortgage |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## First Financial Bancorp - Closed

PO BOX 507, Greensburg, IN 47240 | (812) 663-0176
Account Number: ***6148** | Owner: **Individual Account**
Loan/Account Type: **Auto** | Status: **Pays As Agreed**

Date Reported: **11/28/2025** | Balance: **$0**
Credit Limit: - | High Credit: **$22,300**

Date Opened: **07/15/2022**
Date of Last Activity: **08/25/2025**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **08/25/2025**
Term Duration: **48 Months**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **08/25/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **40**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 214, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/25 | $0 | - | - | 08/25/2025 | - | $22,300 | - | 158, 214, 132 |
| 08/25 | $0 | - | $6,052 | 08/25/2025 | - | $22,300 | - | 158, 214, 132 |
| 07/25 | $6,021 | $516 | $516 | 07/15/2025 | - | $22,300 | - | 214, 132 |
| 06/25 | $6,508 | $516 | $516 | 06/16/2025 | - | $22,300 | - | 214, 132 |
| 05/25 | $6,993 | $516 | $516 | 05/15/2025 | - | $22,300 | - | 214, 132 |
| 04/25 | $7,477 | $516 | $516 | 04/15/2025 | - | $22,300 | - | 214, 132 |
| 03/25 | $7,958 | $516 | $516 | 03/17/2025 | - | $22,300 | - | 214, 132 |
| 02/25 | $8,440 | $516 | $516 | 02/18/2025 | - | $22,300 | - | 214, 132 |
| 01/25 | $8,916 | $516 | $516 | 01/15/2025 | - | $22,300 | - | 214, 132 |
| 12/24 | $9,390 | $516 | $516 | 12/16/2024 | - | $22,300 | - | 214, 132 |
| 11/24 | $9,864 | $516 | $516 | 11/15/2024 | - | $22,300 | - | 214, 132 |
| 10/24 | $10,334 | $516 | $516 | 10/15/2024 | - | $22,300 | - | 214, 132 |
| 09/24 | $10,804 | $516 | $516 | 09/16/2024 | - | $22,300 | - | 214, 132 |
| 08/24 | $11,270 | $516 | $516 | 08/15/2024 | - | $22,300 | - | 214, 132 |
| 07/24 | $11,734 | $516 | $516 | 07/15/2024 | - | $22,300 | - | 214, 132 |
| 06/24 | $12,197 | $516 | $516 | 06/17/2024 | - | $22,300 | - | 214, 132 |
| 05/24 | $12,657 | $516 | $516 | 05/15/2024 | - | $22,300 | - | 214, 132 |
| 04/24 | $13,117 | $516 | $516 | 04/15/2024 | - | $22,300 | - | 214, 132 |
| 03/24 | $13,573 | $516 | $516 | 03/15/2024 | - | $22,300 | - | 214, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 132 | Fixed Rate |
| 158 | Closed or Paid Account/Zero Balance |
| 214 | Auto |

Prepared for:

**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## First Financial Bancorp - Closed

PO BOX 507, Greensburg, IN 47240 | (812) 663-0176
Account Number: ***3640** | Owner: **Individual Account**
Loan/Account Type: **Unsecured** | Status: **Pays As Agreed**

Date Reported: **11/28/2025** | Balance: **$0**
Credit Limit: - | High Credit: **$25,000**

Date Opened: **10/04/2024**
Date of Last Activity: **08/27/2025**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **08/27/2025**
Term Duration: **66 Months**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **08/27/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **13**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 132, 238**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/25 | $0 | - | - | 08/27/2025 | - | $25,000 | - | 158, 132, 238 |
| 08/25 | $0 | - | $24,820 | 08/27/2025 | - | $25,000 | - | 158, 132, 238 |
| 07/25 | $24,301 | $611 | $611 | 07/07/2025 | - | $25,000 | - | 132, 238 |
| 06/25 | $24,584 | $611 | $611 | 06/04/2025 | - | $25,000 | - | 132, 238 |
| 05/25 | $24,852 | $611 | $611 | 05/05/2025 | - | $25,000 | - | 132, 238 |
| 04/25 | $25,000 | $611 | $190 | 04/04/2025 | - | $25,000 | - | 132, 238 |
| 03/25 | $25,000 | $172 | $172 | 03/04/2025 | - | $25,000 | $25,000 | 073, 233, 132, 238 |
| 02/25 | $25,000 | $178 | $178 | 02/04/2025 | - | $25,000 | $25,000 | 073, 233, 132, 238 |
| 01/25 | $25,000 | $202 | $202 | 01/06/2025 | - | $25,000 | $25,000 | 073, 233, 132, 238 |
| 12/24 | $25,000 | $178 | $178 | 12/04/2024 | - | $25,000 | $25,000 | 073, 233, 132, 238 |
| 11/24 | $25,000 | $67 | $67 | 11/04/2024 | - | $25,000 | $25,000 | 073, 233, 132, 238 |
| 10/24 | $25,000 | - | - | - | - | $25,000 | $25,000 | 132, 073, 233, 238 |

| Narrative Code | Narrative Code Description |
|---|---|
| 073 | Line of Credit |
| 132 | Fixed Rate |
| 158 | Closed or Paid Account/Zero Balance |
| 233 | Amount in High Credit Column is Credit Limit |
| 238 | Unsecured |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## First Financial Bancorp - Closed

PO BOX 507, Greensburg, IN 47240 | (812) 663-0176
Account Number: ***9164** | Owner: **Individual Account**
Loan/Account Type: **Unsecured** | Status: **Pays As Agreed**

Date Reported: **11/28/2025** | Balance: **$0**
Credit Limit: - | High Credit: **$25,000**

Date Opened: **04/13/2023**
Date of Last Activity: **08/25/2025**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **08/25/2025**
Term Duration: **66 Months**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **08/25/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **31**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 132, 238**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/25 | $0 | - | - | 08/25/2025 | - | $25,000 | - | 158, 132, 238 |
| 08/25 | $0 | - | $18,338 | 08/25/2025 | - | $25,000 | - | 158, 132, 238 |
| 07/25 | $18,089 | $567 | $567 | 07/14/2025 | - | $25,000 | - | 132, 238 |
| 06/25 | $18,460 | $567 | $567 | 06/13/2025 | - | $25,000 | - | 132, 238 |
| 05/25 | $18,821 | $567 | $567 | 05/13/2025 | - | $25,000 | - | 132, 238 |
| 04/25 | $19,184 | $567 | $567 | 04/14/2025 | - | $25,000 | - | 132, 238 |
| 03/25 | $19,537 | $567 | $567 | 03/13/2025 | - | $25,000 | - | 132, 238 |
| 02/25 | $19,907 | $567 | $567 | 02/13/2025 | - | $25,000 | - | 132, 238 |
| 01/25 | $20,252 | $567 | $567 | 01/13/2025 | - | $25,000 | - | 132, 238 |
| 12/24 | $20,593 | $567 | $567 | 12/13/2024 | - | $25,000 | - | 132, 238 |
| 11/24 | $20,939 | $567 | $567 | 11/13/2024 | - | $25,000 | - | 132, 238 |
| 10/24 | $21,273 | $567 | $567 | 10/15/2024 | - | $25,000 | - | 132, 238 |
| 09/24 | $21,611 | $567 | $567 | 09/13/2024 | - | $25,000 | - | 132, 238 |
| 08/24 | $21,938 | $567 | $567 | 08/13/2024 | - | $25,000 | - | 132, 238 |
| 07/24 | $22,261 | $567 | $567 | 07/15/2024 | - | $25,000 | - | 132, 238 |
| 06/24 | $22,589 | $567 | $567 | 06/13/2024 | - | $25,000 | - | 132, 238 |
| 05/24 | $22,906 | $567 | $567 | 05/13/2024 | - | $25,000 | - | 132, 238 |
| 04/24 | $23,226 | $567 | $567 | 04/15/2024 | - | $25,000 | - | 132, 238 |
| 03/24 | $23,536 | $567 | $567 | 03/13/2024 | - | $25,000 | - | 132, 238 |

| Narrative Code | Narrative Code Description |
|---|---|
| 132 | Fixed Rate |
| 158 | Closed or Paid Account/Zero Balance |
| 238 | Unsecured |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## SHELLPOINT MORTGAGE SERVIC - Closed

55 Beattie Pl Ste 600, Greenville, SC 29601-2165 | (484) 594-1038
Account Number: ***5684** | Owner: **Joint Account**
Loan/Account Type: **Home Equity Line Of Credit** | Status: **Pays As Agreed**

Date Reported: **08/31/2025** | Balance: **$0**
Credit Limit: **$26,050** | High Credit: **$22,822**

Date Opened: **06/03/2005**
Date of Last Activity: **07/25/2025**
Scheduled Payment Amount: -
Actual Payment Amount: **$7,237**
Date of Last Payment: **07/25/2025**
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **08/20/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **99**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 121, 073**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 07/25 | $7,160 | - | $181 | 07/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 06/25 | $7,282 | - | $184 | 06/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 05/25 | $7,407 | - | $183 | 05/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 04/25 | $7,529 | - | $186 | 04/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 03/25 | $7,654 | - | $181 | 03/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 02/25 | $7,771 | - | $190 | 02/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 01/25 | $7,903 | - | $193 | 01/25/2025 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 12/24 | $8,028 | - | $192 | 12/25/2024 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 11/24 | $8,149 | - | $198 | 11/25/2024 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 10/24 | $8,278 | - | $197 | 10/25/2024 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 09/24 | $8,399 | - | $201 | 09/25/2024 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 08/24 | $8,525 | - | $202 | 08/25/2024 | - | $22,822 | $26,050 | 121, 073, 233, 133 |
| 07/24 | $8,649 | $204 | $204 | 07/25/2024 | - | $9,324 | $26,050 | 121, 073, 233, 133 |
| 06/24 | $8,697 | $204 | $207 | 06/25/2024 | - | $0 | $26,050 | 121, 294, 073, 233 |
| 05/24 | $8,905 | $208 | $206 | 05/25/2024 | - | $0 | $26,050 | 121, 294, 073, 233 |
| 04/24 | $9,028 | $206 | $210 | 04/25/2024 | - | $0 | $26,050 | 121, 294, 073, 233 |
| 03/24 | $9,158 | $210 | $205 | 03/25/2024 | - | $0 | $26,050 | 121, 294, 073, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 073 | Line of Credit |
| 121 | Home Equity Loan |
| 133 | Variable/Adjustable Rate |
| 158 | Closed or Paid Account/Zero Balance |
| 233 | Amount in High Credit Column is Credit Limit |
| 294 | Credit Line No Longer Available - In Repayment Phase |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## NATIONSTAR MORTGAGE - Closed

PO Box 199111, Dallas, TX 75219-9111 | (888) 480-2432
Account Number: ***7357** | Owner: **Joint Account**
Loan/Account Type: **Conventional Re Mortgage** | Status: **Pays As Agreed**

Date Reported: **08/31/2025** | Balance: **$0**
Credit Limit: - | High Credit: **$167,450**

Date Opened: **02/25/2003**
Date of Last Activity: **08/20/2025**
Scheduled Payment Amount: -
Actual Payment Amount: **$66,234**
Date of Last Payment: **08/20/2025**
Term Duration: **30 Years**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **08/20/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **99**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 127, 152**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 07/25 | $63,924 | $1,550 | $1,550 | 07/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 06/25 | $64,448 | $1,550 | $1,550 | 06/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 05/25 | $64,969 | $1,550 | $1,550 | 05/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 04/25 | $65,487 | $1,550 | $1,335 | 04/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 03/25 | $66,001 | $1,335 | $1,339 | 03/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 02/25 | $66,510 | $1,339 | $1,339 | 02/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 01/25 | $67,016 | $1,339 | $1,339 | 01/10/2025 | - | $167,450 | - | 127, 152, 133 |
| 12/24 | $67,519 | $1,339 | $1,339 | 12/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 11/24 | $68,020 | $1,339 | $1,339 | 11/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 10/24 | $68,517 | $1,339 | $1,339 | 10/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 09/24 | $69,011 | $1,339 | $1,339 | 09/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 08/24 | $69,502 | $1,339 | $1,339 | 08/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 07/24 | $69,991 | $1,339 | $1,339 | 07/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 06/24 | $70,476 | $1,339 | $1,339 | 06/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 05/24 | $70,959 | $1,339 | $1,339 | 05/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 04/24 | $71,438 | $1,339 | $1,373 | 04/10/2024 | - | $167,450 | - | 127, 152, 133 |
| 03/24 | $71,915 | $1,373 | $1,301 | 03/10/2024 | - | $167,450 | - | 127, 152, 133 |

| Narrative Code | Narrative Code Description |
|---|---|
| 127 | Real Estate Mortgage |
| 133 | Variable/Adjustable Rate |
| 152 | Conventional Mortgage |
| 158 | Closed or Paid Account/Zero Balance |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## BRIDGECREST CREDIT COMPANY - Closed

1800 N COLORADO ST, GILBERT, AZ 85233 | (480) 813-5353
Account Number: ***6201** | Owner: **Individual Account**
Loan/Account Type: **Auto** | Status: **Pays As Agreed**

Date Reported: **07/31/2022** | Balance: **$0**
Credit Limit: - | High Credit: **$41,312**

Date Opened: **07/06/2019**
Date of Last Activity: **07/01/2022**
Scheduled Payment Amount: -
Actual Payment Amount: **$22,420**
Date of Last Payment: **07/01/2022**
Term Duration: **69 Months**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **07/01/2022**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **36**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 214**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 158 | Closed or Paid Account/Zero Balance |
| 214 | Auto |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not. They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've applied for credit, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **Factual Data**<br>*PO Box 530090 Atlanta GA 30353*<br>*Phone: (877) 237-8317* | Hard | 07/17/2025 |
| **FIRST FINANCIAL BK LPIII & ACP**<br>*300 HIGH ST HAMILTON OH 45011*<br>*Phone:* | Hard | 09/19/2024 |
| **NORTHWEST FCU**<br>*200 SPRING ST HERNDON VA 20170*<br>*Phone: (800) 336-3384* | Hard | 03/02/2026 |
| **ALLY FINANCIAL**<br>*500 WOODWARD AVENUE DETROIT MI 48226*<br>*Phone: (800) 200-4622* | Hard | 03/02/2026 |
| **BUDDY OP I LLC**<br>*4770 Covington Hwy Decatur GA 30035-2006*<br>*Phone: (404) 907-2339* | Hard | 03/02/2026 |
| **GM FINANCIAL**<br>*801 CHERRY ST STE 3500 STE 3500 FORT WORTH TX 76102-6854*<br>*Phone: (800) 284-2271* | Hard | 03/02/2026 |
| **Factual Data Consumer Assistance**<br>*PO Box 530090 Atlanta GA 30353*<br>*Phone: (877) 237-8317* | Hard | 07/30/2025, 11/22/2024 |
| **NEWNAN PEACHTREE CHRYSLER**<br>*53 HOLLZ PARKWAY Dodge Jeep Ram NEWNAN GA 30265*<br>*Phone: (678) 854-6700* | Hard | 03/02/2026 |
| **STELLANTIS FINANCIAL SERVICES**<br>*5757 WOODWAY DR STE 400 STE 400 HOUSTON TX 77057-1520*<br>*Phone: (713) 977-2600* | Hard | 03/02/2026 |
| **CITI CARDS CBNA**<br>*P O BOX 6142 SIOUX FALLS SD 57117*<br>*Phone: (800) 995-5114* | Soft | 04/28/2025, 03/31/2025 |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

## Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **EQUIFAX**<br>*PO Box 740250 Atlanta GA 303740250*<br>*Phone:* | Soft | 03/04/2026, 03/04/2026 |
| **THIRD FEDERAL SAVINGS & LOAN**<br>*7007 BROADWAY AVE 7007 BROADWAY AVE CLEVELAND OH 44105*<br>*Phone: (800) 844-7333* | Soft | 07/18/2025 |
| **DIRECT MORTGAGE INVESTORS INC**<br>*150 S Pine Island Rd Ste 300 Plantation FL 33324*<br>*Phone: (786) 617-6119* | Soft | 03/25/2025 |
| **EQUIFAX CONSUMER SERVICES**<br>*1550 Peachtree St NE Atlanta GA 303092402*<br>*Phone:* | Soft | 03/03/2026 |
| **EQUIFAX AUTO MTNC UP**<br>*PO BOX 740250 ATLANTA GA 30374*<br>*Phone: (800) 685-1111* | Soft | 03/03/2026 |
| **EQUIFAX CONSUMER SERVICES**<br>*1525 WINDWARD CONCOURSE ALPHARETTA GA 30005*<br>*Phone: (770) 740-5455* | Soft | 03/04/2026 |
| **EQUIFAX CONSUMER SERVICES**<br>*P.O. Box 740241 ATLANTA GA 30374*<br>*Phone: (888) 378-4329* | Soft | 03/05/2026 |
| **CSC CONSUMER ASSISTANCE CENTER**<br>*652 N Sam Houston Pkwy E Ste 433 STE 433 Houston TX 77060-1200*<br>*Phone: (281) 878-5067* | Soft | 03/04/2026, 02/29/2024 |
| **CAPITAL ONE BANK USA NA**<br>*PO BOX 31293 Salt Lake City UT 84131-1293*<br>*Phone: (800) 955-7070* | Soft | 01/27/2026, 10/28/2025, 09/30/2025, 08/26/2025, 06/24/2025, 05/27/2025, 04/29/2025, 03/25/2025 |
| **FIRST FINANCIAL BANCORP**<br>*255 E 5TH ST CINCINNATI OH 45202-4700*<br>*Phone: (513) 551-1092* | Soft | 01/06/2026 |
| **EQUIFAX**<br>*PO BOX 70250 ATLANTA GA 30374-0250*<br>*Phone: (888) 378-4329* | Soft | 02/29/2024 |
| **EQUIFAX UPDATE**<br>*1550 PEACHTREE ST NW ATLANTA GA 30309*<br>*Phone: (800) 685-1111* | Soft | 03/03/2026 |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **CIC/EXPERIAN RPTS**<br>*475 ANTON BLVD COSTA MESA CA 92626*<br>*Phone: (888) 888-8553* | Soft | 03/02/2026, 05/08/2025 |
| **FARMERS INSURANCE GROUP**<br>*6303 OWENSMOUTH AVE WOODLAND HILLS CA 91367-2264*<br>*Phone: (818) 281-1625* | Soft | 03/03/2026 |

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.***

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

Prepared for:
**MICHAEL KRAIG SWANGER**

EQUIFAX

Date: March 09, 2026
Confirmation # 6068548391

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |